UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER SAUERS,** *Plaintiff* | : : : | **CIVIL ACTION** |
| v. | : : | |
| **OAK PROPERTY MANAGEMENT LP.,** *et al.*, *Defendants* | : : | **No. 19-01429** |

## ORDER

**AND NOW**, on this 6th day of December, 2019, upon consideration of the Defendants' motion to dismiss (Doc. No. 5), the Defendants' amended brief in support of their motion to dismiss (Doc. No. 10), the Plaintiff's opposition (Doc. No. 15), the Plaintiff's motion to amend the complaint (Doc. No. 14), the Defendants' opposition (Doc. Nos. 18, 19), the Plaintiff's reply (Doc. No. 25), and the Plaintiff's discovery motion (Doc. No. 7), it is **ORDERED** that the Defendants' motion to dismiss (Doc. No. 5) is **GRANTED**, the Plaintiff's motion to amend the complaint (Doc. No. 14) is **DENIED WITHOUT PREJUDICE**, and the Plaintiff's discovery motion (Doc. No. 7) is **DENIED WITHOUT PREJUDICE**. As set forth in the accompanying Memorandum, the Plaintiff shall have thirty (30) days from the entry of this Order to file a renewed motion to amend the complaint.

BY THE COURT:

_____
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**