# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PETER SAUERS,** *Plaintiff* | **CIVIL ACTION** |
| v. | |
| **OAK PROPERTY MANAGEMENT LP.,** *et al.*, *Defendants* | No. 19-01429 |

## ORDER

**AND NOW**, on this 19th day of February, 2020, upon consideration of the Plaintiff's motion to amend (Doc. No. 31), Plaintiff's supplemental filings (Doc. Nos. 30, 33), and the Defendants' opposition, (Doc. No. 32), it is **ORDERED** that the Plaintiff's motion to amend is **DENIED.** The Clerk of Court is **DIRECTED** to mark this case closed for all purposes, including statistics.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE