# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

_____

No. 20-1548

_____

PETER SAUERS,
Appellant

v.

OAK PROPERTY MANAGEMENT LP; ASHLEY MANAGEMENT CO; BUILDERS
COUNTY; MIKE MISTER; KEVIN RILEY

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(E.D. Pa. Civil Action No. 2-19-cv-01429)
District Judge:  Honorable Gene E.K. Pratter

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
March 16, 2021
Before:  AMBRO, PORTER, and SCIRICA, <u>Circuit</u> <u>Judges</u>

_____

**JUDGMENT**

_____


This cause came to be considered on the record from the United States District

Court for the Eastern District of Pennsylvania and was submitted pursuant to Third

Circuit LAR 34.1(a) on March 16, 2021.  On consideration whereof, it is now hereby


ORDERED and ADJUDGED by this Court that the judgment of the District Court

entered February 20, 2020, be and the same is hereby affirmed.  Costs taxed against the

Appellant.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: March 17, 2021

Certified as a true copy and issued in lieu
of a formal mandate on _____ June 29, 2021 _____

Teste: *Patricia A. Dodgzuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**